IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RICHARD A. ROWE, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>         Defendant. | Civil No. 06-1810-RMB-AMD |
| MISTY SCOTT, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>         Defendant. | Civil No. 06-3080-RMB-AMD |

**SCHEDULING ORDER**

This Scheduling Order sets forth the following directives:

IT IS this **11th** day of **August 2008**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **August 14, 2008 at 12:00 Noon**. Counsel for *Rowe* plaintiffs shall initiate the telephone call.

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        United States Magistrate Judge

cc:  Hon. Renée Marie Bumb