IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RICHARD A. ROWE, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>       Defendant. | Civil No. 06-1810-RMB-AMD |
| MISTY SCOTT, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>       Defendant. | Civil No. 06-3080-RMB-AMD |

**DISCOVERY ORDER XV**

       This Matter having been brought before the Court during a discovery conference held on July 25, 2008 by Roy Alan Cohen, Esq. and Libretta P. Stennes, Esq. for Defendant E.I. duPont de Nemours and Company; and for the reasons stated on the record and agreed to by J. Steven Justice, Esq., Shari Blecher, Esq., Robert Bilott, Esq., Larry Winter, Esq., R. Edison Hill, Esq., and David Byrne, Esq. for the Rowe Plaintiffs, and Joseph A. Osefchen, Esq.,

Leonard H. Neidermayer, Esq., and Stephen DeNittis, Esq. for Plaintiff Scott; and Plaintiffs having agreed to produce to Defendant certain documents that correspond to discovery obligations contained in Paragraph 2.d. of Discovery Order XIII, and the Court having conducted a telephone conference on August 14, 2008 on the record, and the parties having agreed to the production of certain documents and Discoverable ESI as set forth on the record on August 14, 2008.  Accordingly,

IT IS this **15th** day of **August 2008**, hereby

**ORDERED** as follows:

1.  Each party shall produce to the adverse party all documents and Discoverable ESI relating to any communications to or from NJDEP or any other New Jersey state agency or New Jersey governmental entity regarding PFOA or PFCs.  Each party shall produce the existing or not previously produced responsive information by August 29, 2008.

2.  Thereafter, the parties are to produce responsive information on a rolling basis every other week and within a week after these documents or ESI are available to the parties.

3.  If the parties do not possess any responsive information or if, in a given week, the parties do not possess any responsive information, they are to inform the adverse party in writing.

4.  This Order amends Paragraph 2.d. of Discovery Order XIII only insofar as requiring production every other week as opposed to requiring weekly production of documents and ESI; and this Order does not otherwise supersede any prior order of the Court, or any party's obligations to produce documents and Discoverable ESI pursuant to the Federal Rules of Civil Procedure, including without limitation, items in the responding party's possession, custody or control under F$_{ED}$. R. C$_{IV}$. P. 34(a)(1).

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
United States Magistrate Judge

cc:   Hon. Renée Marie Bumb