[Dkt. No. 492]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RICHARD ROWE et al,<br><br>        Plaintiffs,<br><br>  v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>        Defendant. | Civil No. 06-1810 (RMB)<br><br>**ORDER** |

    THIS MATTER having come before the Court upon the parties' Joint Motion for Preliminary Settlement Approval [Dkt. No. 492]; and the Court having considered the moving papers; and the Court having heard oral argument on this matter; and for the reasons expressed on the record on this date;

    IT IS ON THIS **16th** day of **December 2010**, **ORDERED** that the parties' Joint Motion for Preliminary Settlement Approval is **DENIED WITHOUT PREJUDICE.**

                                            s/Renée Marie Bumb
                                            RENÉE MARIE BUMB
                                            United States District Judge