# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| RICHARD A. ROWE, MICHELLE E. TOMARCHIO, REGINA M. TROUT, ALLEN K. MOORE, CATHERINE A. LAWRENCE, GINA CARTER, as Administrator of the estate of Mary L. Carter (deceased), AND KATHLEEN K. LEMKE, as parent and personal representative of DJL, Jr., a minor, individually, | CIVIL ACTION NO.: 06-1810-RMB-AMD |
| Plaintiffs, | |
| vs. | |
| E. I. DUPONT DE NEMOURS AND COMPANY, | |
| Defendant. | |
| MISTY SCOTT, on behalf of herself, | |
| Plaintiff, | CIVIL ACTION NO.: 06-3080-RMB-AMD |
| vs. | |
| E. I. DUPONT DE NEMOURS AND COMPANY, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL CLAIMS**

The Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal, with prejudice, of the Individual Claims asserted by Richard A. Rowe, Catherine A. Lawrence, Kathleen K. Lemke, as parent and personal representative of DJL, Jr., a minor, Gina Carter, as Administrator of the Estate of Mary L. Carter, deceased, Allen K. Moore, Michele E. Tomarchio,

Regina M. Trout and Misty Scott in these Actions, as defined in and in accordance with the terms and conditions of the Confidential Settlement Agreements previously provided to the Court for its *in camera* inspection [*Rowe* Doc. No. 538 and *Scott* Doc. No. 472] and which are specifically incorporated herein, each Party to bear its own costs.

Dated: November 1, 2011

        LIEBERMAN & BLECHER, P.C.
        **Attorneys for Plaintiffs**

        ***By:  /s/* Shari M. Blecher**
        Shari M. Blecher, Esq.
        Stuart J. Lieberman, Esq.
        Lieberman & Blecher, P.C.
        10 Jefferson Plaza, Suite 100
        Princeton, New Jersey 08540

        Rhon A. Jones, Esq.
        David B. Byrne, III, Esq.
        Beasley, Allen, Crow, Methvin,
        Portis& Miles, P.C.
        P.O. Box 4160
        Montgomery, AL 36103

        Robert A. Bilott, Esq.
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202-3957

        R. Edison Hill, Esq.
        Hill, Peterson, Carper, Bee &Deizler, PLLC
        Northgate Business Park
        500 Tracy Way
        Charleston, West Virginia 25311

Larry A. Winter, Esq.
Winter Johnson & Hill, PLLC
P.O. Box 2187
Charleston, West Virginia 25328


PORZIO, BROMBERG & NEWMAN, P.C.
**Attorneys for Defendant**
**E. I. du Pont de Nemours and Company**

***By:*** */s/* **Roy Alan Cohen**
Roy Alan Cohen, Esq.
Porzio Bromberg & Newman P.C.
100 Southgate Parkway
Morristown, N.J. 07962-10997
(973) 538-4006

Libretta P. Stennes, Esq.
Anthony F. Cavanaugh, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000

John M. Johnson, Esq.
Kevin E. Clark, Esq.
Lightfoot Franklin White LLC
The Clark Building
400 20th Street North
Birmingham, AL, 35203-3200
(205) 581-0716