IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RICHARD A. ROWE, MARY L. CARTER, MICHELE E. TOMARCHIO, REGINA TROUT, ALLEN K. MOORE, CATHERINE A. LAWRENCE, and KATHLEEN K. LEMKE, as parent and personal representative of DJL, Jr., a minor, individually and on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>E. I. du PONT de NEMOURS & COMPANY,<br><br>   Defendant. | Civil No. 06-1810-RMB-AMD<br><br>CLASS ACTION |
| MISTY SCOTT, on behalf of herself and all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>E. I. du PONT de NEMOURS & COMPANY,<br><br>   Defendant. | Civil No. 06-3080-RMB-AMD<br><br>CLASS ACTION |

**ORDER GRANTING RELEASE OF PREVIOUSLY WITHHELD
ATTORNEYS' FEES TO CLASS COUNSEL**

This matter having come before the Court upon Class Counsels' petition for an Order directing the clerk of the Court to release and disburse the remaining attorneys' fees in the amount of $138,319.50, plus any accrued interest that the Court previously awarded to Class Counsel but withheld pending completion of the Class Claims, and for good cause being shown,

IT IS on this 13th day of May 2013,

ORDERED that the Clerk of the Court shall release and disburse the remaining attorneys' fees of $138,319.50, plus any accrued interest, to the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. ("Beasley Allen firm") Post Office Box 4160, Montgomery, Alabama 36013-4160, and that the Beasley Allen firm shall divide and disburse the fees to each Class Counsel firm upon receipt.

*[signature]*

Honorable Reneé M. Bumb
UNITED STATES DISTRICT JUDGE